**Gregory Flint TAYLOR, Petitioner–Appellant,**

v.

**Joe HAMILTON, Secretary, North Carolina Department of Correction; Lynn Phillips, Director of Prisons; Michael Bumgarner, Superintendent, Nash Correctional Center; Michael Easley, Attorney General of North Carolina; State of North Carolina, Respondents–Appellees.**

No. 00–7529.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Thomas Franklin Loflin, III, Loflin & Loflin, Durham, NC, for appellant. Diane Appleton Reeves, North Carolina Department of Justice, Raleigh, NC, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Gregory. Flint Taylor appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Taylor v. Hamilton,* No. CA–99–149–5–H (E .D.N.C. Sept. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*